A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 922

### Bruce SANDY v. STATE.
### 8 Div. 805.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

46 So.2d 862

### Archie Lando (alias Lendo) SANFORD v. STATE.
### 6 Div. 951.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempt to distill.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 38

### Sam J. SANFORD v. STATE.
### 6 Div. 878.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 866

### Sam J. SANFORD v. STATE.
### 6 Div. 923.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 39

### Raymond E. SAVAGE v. STATE.
### 6 Div. 868.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

47 So.2d 925

### Newell Ray SETLIFF v. STATE.
### 6 Div. 884.

Court of Appeals of Alabama.
June 6, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Manslaughter, second degree.

Frederick V. Wells and Hollis B. Parrish, Jr., both of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

44 So.2d 923

### Andrew P. SHELTON v. E. D. MILLER.

8 Div. 780.

Court of Appeals of Alabama.

Jan. 19, 1950.

Appeal from Circuit Court, Jackson County; W. J. Haralson, Judge.

PER CURIAM.

Appeal dismissed, want of prosecution.

47 So.2d 926

### Alexander SHEPHARD v. STATE.

6 Div. 916.

Court of Appeals of Alabama.

May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

44 So.2d 39

### Freddie SHEPHERD, alias v. STATE.

6 Div. 853.

Court of Appeals of Alabama.

Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Burglary, second degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

49 So.2d 927

### Gettis James SIMMONS, alias Summers, v. CITY OF BIRMINGHAM.

6 Div. 39.

Court of Appeals of Alabama.

Nov. 7, 1950.

Rehearing Denied Nov. 21, 1950.

Appeal from Circuit Court, Jefferson County; Roy Mayhall, Special Judge.

Certiorari denied 49 So.2d 921.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, Asst. City Atty., of Birmingham, for appellee.

CARR, Judge.

The only insistence on this appeal is that the ordinance under which the prosecution is based is unconstitutional. The identical question has been recently decided contrary to the contention of appellant. Fiorella v. City of Birmingham, ante, p. 384, 48 So.2d 761, certiorari denied, Sup., 48 So.2d 768.

See, also Fluker v. City of Birmingham, ante, p. 360, 48 So.2d 768, certiorari denied 48 So.2d 769; Dorsey v. City of Birmingham, ante, p. 383, 48 So.2d 770, certiorari denied 48 So.2d 770.

It is ordered that the judgment below be affirmed.

Affirmed.

51 So.2d 918

### Roy SIMPSON v. STATE.

6 Div. 32.

Court of Appeals of Alabama.

Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.